UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Joseph Van Loon; Tyler Almeida; Alexander Fisher; Preston Van Loon; Kevin Vitale; and Nate Welch, <br><br>                    Plaintiffs, <br><br> - against - <br><br> Department of the Treasury; Office of Foreign Assets Control; Janet Yellen, in her official capacity as Secretary of the Treasury; and Andrea M. Gacki, in her official capacity as Director of the Office of Foreign Assets Control, <br><br>                    Defendants. | No. 1:23-cv-312-RP |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Joseph Van Loon, Tyler Almeida, Alexander Fisher, Preston Van Loon, Kevin Vitale, and Nate Welch hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on August 17, 2023 (Dkt. 95).

Respectfully submitted,

/s/ Kannon K. Shanmugam

CHARLES LEWIS AINSWORTH
PARKER, BUNT & AINSWORTH, P.C.
  100 East Ferguson, Suite 418
  Tyler, TX 75702
  (903) 531-3535 (telephone)
  charley@pbatyler.com

*Attorneys for Plaintiffs*
  *Joseph Van Loon, Tyler Almeida,*
  *Alexander Fisher, Preston Van Loon,*
  *Kevin Vitale, and Nate Welch*

KANNON K. SHANMUGAM*
BRIAN M. LIPSHUTZ*
MATTEO GODI*
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  2001 K Street, N.W.
  Washington, DC 20006
  (202) 223-7300 (telephone)
  kshanmugam@paulweiss.com

* *Admitted pro hac vice*

## CERTIFICATE OF SERVICE

    I hereby certify that, on this 18th day of September, 2023, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. The document is available for viewing and downloading from the ECF system.

                                                                            /s/ *Kannon K. Shanmugam*
                                                                            Kannon K. Shanmugam