# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

JOSEPH VAN LOON, et al.,

Plaintiffs-Appellants,

v.

DEPARTMENT OF THE TREASURY, et al.,

Defendants-Appellees.

No. 23-50669

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR REHEARING**

Pursuant to Federal Rule of Appellate Procedure 26(b), defendants-appellees respectfully request a 7-day extension of time, to and including January 17, 2025, in which to file any rehearing petition in this case. Plaintiffs-appellants consent to the requested extension.

1. The Court's opinion and judgment in this case was issued on November 26, 2024. A petition for panel rehearing or rehearing en banc is currently due January 10, 2025. *See* Fed. R. App. P. 40(d)(1).

2. Appellees respectfully request a 7-day extension of that deadline, to January 17, 2025. No previous extension of time has been sought.

3. The Solicitor General is responsible for determining whether the government should seek rehearing. *See* 28 C.F.R. § 0.20(a)-(b) (directing the Solicitor General to "[d]etermin[e] whether, and to what extent, appeals will be taken by the Government to all appellate courts (including petitions for rehearing en banc . . . )"). The requested extension is necessary to permit adequate time for consultation among the components of the government affected by the Court's decision and to permit preparation of a petition if authorized by the Solicitor General.

4. The requested extension is further necessary to prepare a petition, if authorized, because Brad Hinshelwood, who argued this case before the Court, has been responsible for multiple other matters during the present rehearing period, including oral argument in this Court in an expedited appeal in *National Association for Gun Rights v. Garland*, No. 24-10707 (5th Cir.), held on December 9; a supplemental letter brief in *Coin Center v. Secretary of the Treasury*, No. 23-13698 (11th Cir.), filed December 13 (as extended); and a reply brief in *State of Texas v. ATF*, No. 24-10612 (5th Cir.), filed December 19 (as extended). In addition, Mr. Hinshelwood was out of the office for extended periods

over the Thanksgiving and Christmas holidays. Mr. Hinshelwood and many employees at affected components will also be out of the office on January 9 for the national day of mourning for former President Carter.

In addition, Michael Shih, who prepared the government's brief in this case, has been on parental leave, and returned to the office on January 2. Mr. Shih will need time to familiarize himself with the Court's opinion in this case before assisting with preparation of a petition, if authorized, and will also be out of the office on January 9.

5. We have consulted with counsel for appellants, and they have stated that they consent to the requested extension.

Respectfully submitted,

BRIAN M. BOYNTON
  *Principal Deputy Assistant*
  *Attorney General*

SHARON SWINGLE

*/s/ Michael Shih*
MICHAEL SHIH
BRAD HINSHELWOOD
*Attorneys, Appellate Staff*
 *Civil Division, Room 7268*
 *U.S. Department of Justice*
 *950 Pennsylvania Avenue NW*
 *Washington, DC 20530*
 (202) 353-6880

January 3, 2025

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(2)(a) as it contains 408 words, excluding those portions exempted by Rule 32(f).  I certify that the motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) as it is prepared in 14-point Century Schoolbook, a proportionally spaced typeface.


                                           */s/ Michael Shih*
                                           MICHAEL SHIH